NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1125

PHOENIX SOLUTIONS, INC.,

Plaintiff-Appellant,

v.

THE DIRECTV GROUP, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 08-CV-0984, Judge Mariana R. Pfaelzer.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Conejo Valley Bar Association moves for leave to file a brief amicus curiae. Phoenix Solutions, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to file a brief amicus curiae is granted.

FOR THE COURT

__MAR 1 9 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  R. Joseph Trojan, Esq.
Jason L. Peltz, Esq.
Steven Sereboff, Esq.

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 1 9 2010

**JAN HORBALY**
**CLERK**